IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES DANIEL KNOWLES, as Executor of the Last Will and Testament of Therian H. Smith, deceased,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC. d/b/a PRIME, INC., SALENA B. JOHNSON, RLI INSURANCE COMPANY,<br><br>Defendants. | Civil Action File No. _____ |

# DEFENDANTS NEW PRIME, INC. d/b/a PRIME, INC'S NOTICE OF REMOVAL

COMES NOW, New Prime, Inc. d/b/a Prime,. Inc. (hereinafter "Defendant"), named defendant in the above-styled action, and files this Notice of Removal, respectfully showing this Court the following facts:

**1.**

Plaintiff filed suit against the above named defendants in the State Court of Fulton County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 20EV006371. (*See generally* Plaintiff's Complaint).

**2.**

This is a wrongful death action in which the amount in controversy is in excess of $75,000.00. (*See generally* Plaintiff's Complaint).

**3.**

This Notice of Removal is filed within 30 days of this Defendant's notice of the Complaint pursuant to the requirements of 28 U.S.C. § 1446(b)(1).

**4.**

According to the Complaint, Plaintiff appears to be domiciled in and a resident of the Georgia. (Plaintiff's Complaint at ¶ 1).

**5.**

Defendant New Prime, Inc. d/b/a Prime, Inc. is a foreign corporation with its principal place of business located in Missouri.

**6.**

Defendant RLI Insurance Company is a foreign corporation incorporated in and with its principal place of business located in Illinois. (Plaintiff's Complaint ¶ 31).

**7.**

Defendant Salena Johnson is a citizen of and domiciled in South Carolina. (Plaintiff's Complaint at ¶ 17).

**8.**

Therefore, complete diversity exists between Plaintiff and every defendant. 28 U.S.C. § 1332(a)(1); *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998).

**9.**

All defendants consent to this Notice of Removal.

**10.**

Thus, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by Defendant/Petitioner pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

**11.**

This Defendant has filed its notice of filing notice of removal, a copy of which is attached hereto as Exhibit "A". Additionally, this Defendant has attached

hereto a copy of the Complaint and Summons, which is the only process, pleadings and/or order served upon it in this case, such copy being marked Exhibit "B." In addition, this Defendant answered the lawsuit in the state court action referenced above, a copy of which is attached hereto as Exhibit "C."

WHEREFORE, this Defendant prays that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 24th day of November, 2020.

        Respectfully submitted,
        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        */s/ Elizabeth L. Bentley*
By: _____
        RICHARD C. FOSTER, ESQ.
        State Bar No.: 271057
        ELIZABETH L. BENTLEY, ESQ.
        State Bar No.: 828730
        **Swift, Currie, McGhee & Hiers, LLP**
        1355 Peachtree Street NE, Suite 300
        Atlanta, Georgia 30309
        (404) 874-8800 Phone / (404) 888-6199 Fax
        richie.foster@swiftcurrie.com
        beth.bentley@swiftcurrie.com
        ***Attorneys for Defendants***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHARLES DANIEL KNOWLES, as Executor of the Last Will and Testament of Therian H. Smith, deceased,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC. d/b/a PRIME, INC., SALENA B. JOHNSON, RLI INSURANCE COMPANY,<br><br>Defendants. | Civil Action File No. _____ |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing ***Defendant New Prime, Inc. d/b/a Prime, Inc's Notice of Removal*** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send an electronic copy of same to all parties and counsel of record as follows:

Ryals D. Stone, Esq.
THE STONE LAW GROUP TRIAL LAWYERS, LLC
5229 Roswell Rd., NE
Atlanta, GA 30342
*ryals@stonelaw.com*
***Attorneys for the Plaintiff***

William S. Stone, Esq.
THE STONE LAW GROUP TRIAL LAWYERS, LLC
P.O. Drawer 70
Blakely, GA 39823
billstone@stonelaw.com
*Attorneys for the Plaintiff*

This 24th day of November, 2020.

                Respectfully submitted,
                **SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:

                */s/ Elizabeth L. Bentley, Esq.*
                ELIZABETH L. BENTLEY, ESQ.
                State Bar No.: 828730
                beth.bentley@swiftcurrie.com
                *Attorney for the Defendant*

1355 Peachtree Street NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800 Phone
(404) 888-6199 Fax