THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES DANIEL KNOWLES, as Executor of the Last Will and Testament of Therian H. Smith, deceased,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC. d/b/a PRIME, INC., And SALENA B. JOHNSON, and<br><br>Defendants. | *<br>*<br>*<br>*<br>*  Civil Action No. 1:20-cv-04798-MLB<br>*<br>*<br>* |

## NOTICE OF DISMISSAL

Plaintiff hereby voluntarily dismisses the above-styled action against all Defendants with prejudice.

This 1st day of December, 2022.

                                              Attorneys for Plaintiff:
                                              THE STONE LAW GROUP –
                                              TRIAL LAWYERS, LLC
                                              By: */s/ Ryals D. Stone*
                                              Ryals D. Stone
                                              Georgia State Bar No. 831761
                                              William S. Stone
                                              Georgia State Bar No. 684636

5229 Roswell Road NE
Atlanta, Georgia 30342
TEL  404-239-0305
FAX  404-445-8003
R. Stone email:  ryals@stonelaw.com
W. Stone email:  billstone@stonelaw.com

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing upon all parties and their counsel by email via the Court's ECF system to the following persons:

*Attorneys for Defendants:*

Elizabeth L. Bentley
William T. Casey
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
1355 Peachtree Street NE, Suite 300
Atlanta, Georgia 30309
beth.bentley@swiftcurrie.com
bill.casey@swiftcurrie.com

This 1st day of December, 2022.

By: */s/ Ryals D. Stone*
Ryals D. Stone
Georgia State Bar No. 831761